No. 99–6251.  RAMIREZ *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 99–6293.  BLOUNT *v.* UNITED STATES; and
No. 99–6309.  KIMBLE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 178 F. 3d 1163.

No. 99–6307.  LOVELL *v.* UTAH.  Sup. Ct. Utah.  Certiorari denied.

No. 99–6330.  MILLER *v.* INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 99–6342.  RODRIGUEZ-ORTIZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 99–6353.  WELLINGTON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–6374.  HOWERIN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 99–6422.  FORD *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–6556.  KELLOGG *v.* WASHINGTON.  Ct. App. Wash. Certiorari denied.

No. 99–6566.  MOSLEY *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 99–6568.  ESTRADA *v.* TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–6570.  GADSON *v.* LEVITT, CHAIRMAN, SECURITIES AND EXCHANGE COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 99–6574.  HOLMES *v.* TEXAS.  Ct. App. Tex., 10th Dist. Certiorari denied.

No. 99–6575.  HENDERSON *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 99–6576.  HUGHES *v.* MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.